OPINION — AG — ** TRAVEL — REIMBURSEMENT ** THE MEMBERS OF THE WILDLIFE CONSERVATION DEPARTMENT, WILDLIFE CONSERVATION COMMISSION, AND EMPLOYEES OF THE DEPARTMENT, MAY BE REIMBURSED FOR TRAVELING EXPENSES ESSENTIAL TO THE TRANSACTION OF OFFICIAL BUSINESS, FOR TRAVEL EITHER WITHIN OR WITHOUT THE STATE (OUT OF STATE), AS PROVIDED FOR IN 74 O.S. 500.1 [74-500.1] — 74 O.S. 500.14 [74-500.14], AS AMENDED, EXCEPT THAT 'NO' MEMBER OF THE COMMISSION MAY BE REIMBURSED FOR TRAVELING EXPENSES IN ANY AMOUNT IN EXCESS OF $100.00 IN ANY ONE MONTH. (DATED OPINION, PER DIEM, LODGING, EXPENSES, EXPENDITURES) CITE: 29 O.S. 122 [29-122], 29 O.S. 129 [29-129] [29-129], 74 O.S. 500.5 [74-500.5], 74 O.S. 500.8 [74-500.8] [74-500.8], ARTICLE XXVI, SECTION 1 (RICHARD M. HUFF)